

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| DALTON JAMES BENNETT, JR. A/K/A | § | |
|---|---|---|
| DALTON JAMES BENNETT, | | No. 08-13-00138-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 372nd District Court |
| | § | |
| THE STATE OF TEXAS, | | of Tarrant County, Texas |
| | § | |
| Appellee. | | (TC# 1244131D) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the judgment of conviction should be modified to reflect that the trial court assessed the punishment in Appellant's case. We therefore affirm the judgment of the trial court as modified. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF JUNE, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.